In the Matter of PAUL CHANDLER, Appellant, v ANTHONY J. AN-NUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent.

Submitted May 18, 2015; decided June 30, 2015

Motion for reargument of motion for leave to appeal denied [*see* 25 NY3d 901 (2015)].

In the Matter of APRIL K. DEJESUS, Appellant, v RODNEY N. HAYMES, Respondent.

Submitted May 4, 2015; decided June 30, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.